THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARBARA CAMPBELL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES, INC., a Delaware corporation; CHAD BOPE, an individual; and TODD LIEB, an individual;<br><br>Defendants. | Case No. 2:24-cv-00711-RSM<br><br>**STIPULATION AND ORDER FOR A PARTIAL STAY OF PROCEEDINGS** |

## STIPULATION

Defendant DELL TECHNOLOGIES, INC., and Plaintiff BARBARA CAMPBELL, hereby STIPULATE AND AGREE to request that the Court stay discovery and the deadlines for a FRCP 26(f) conference, initial disclosures, and joint status report, and all deadlines included in the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. 13) until one month after the Court issues a decision on Defendant's Motion to Dismiss, filed May 29, 2024 (Dkt. 6), and the pleadings are closed. The stipulated stay of discovery and related deadlines would promote efficiency for the parties and the Court. This stipulation and order shall

STIPULATION AND ORDER
TO STAY PROCEEDINGS
(Case No.: 2:24-cv-00711-RSM) – 1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver nor otherwise affect any right, defense, claim or objection.

*IT IS SO STIPULATED*.

DATED this 31st day of July, 2024.

| HKM EMPLOYMENT ATTORNEYS LLP | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| By: *s/ Patrick L. McGuigan*<br>Patrick Leo McGuigan, WSBA No. 28897<br>600 Stewart Street, Ste 901<br>Seattle, WA 98101<br>Phone: 206-838-2504<br>Fax: 206-260-3055<br>Email: plmcguigan@hkm.com<br><br>*Attorney for Plaintiff* | By: *s/ Damon C. Elder*<br>Damon C. Elder, WSBA No. 29413<br>Claire M. Lesikar, WSBA No. 60406<br>Anne E. Philpot, WSBA No. 59257<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>Phone: (206) 274-6400<br>Email: damon.elder@morganlewis.com<br>        claire.lesikar@morganlewis.com<br>        anne.philpot@morganlewis.com<br><br>*Attorneys for Defendant Dell Technologies, Inc.* |

STIPULATION AND ORDER
TO STAY PROCEEDINGS
(Case No.: 2:24-cv-00711-RSM) – 2

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

# ORDER

IT IS SO ORDERED. The Court HEREBY STAYS discovery and the deadlines for a 26(f) conference, initial disclosures, and joint status report until after the Court rules on Defendant's Motion to Dismiss.

DATED this 6th day of August, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Damon C. Elder*
Damon C. Elder, WSBA No. 46754
Claire M. Lesikar, WSBA No. 60406
Anne E. Philpot, WSBA No. 59257
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: damon.elder@morganlewis.com
          claire.lesikar@morganlewis.com
          anne.philpot@morganlewis.com

*Attorneys for Defendant Dell Technologies, Inc.*

**HKM EMPLOYMENT ATTORNEYS LLP**

By: *s/ Patrick L. McGuigan*
Patrick Leo McGuigan, WSBA No. 28897
600 Stewart Street, Ste 901
Seattle, WA 98101
Phone: 206-838-2504
Fax: 206-838-2505
Email: plmcguigan@hkm.com

*Attorney for Plaintiff*

STIPULATION AND ORDER
TO STAY PROCEEDINGS
(Case No.: 2:24-cv-00711-RSM) – 3

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401